No. 94-1418.  CHIAVOLA ET AL. *v.* VILLAGE OF OAKWOOD, MISSOURI, ET AL.  Ct. App. Mo., Western Dist.  Motion of American Planning Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 94-1437.  CONOPCO, INC., DBA CHESEBROUGH-POND'S USA CO. *v.* MAY DEPARTMENT STORES CO. ET AL.  C. A. Fed. Cir. Motions of Bristol-Myers Squibb Co., International Trademark Association, SmithKline Beecham Corp., Gerstman + Meyers, Inc., et al., and American Home Products Corp. et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 93-1975.  KING *v.* BROWN, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER, 513 U. S. 925;

No. 93-7659.  HARRIS *v.* ALABAMA, 513 U. S. 504;

No. 93-9434.  MCGAHEE *v.* ALABAMA, 513 U. S. 1189;

No. 93-9690.  FAIRCHILD *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 513 U. S. 1146;

No. 94-1046.  EAST *v.* WEST ONE BANK, IDAHO, 513 U. S. 1150;

No. 94-1061.  JENSEN *v.* BROKAW, CHIEF FINANCING DIVISION AGENT, SMALL BUSINESS ADMINISTRATION, 513 U. S. 1150;

No. 94-1100.  IN RE ROGERS, 513 U. S. 1145;

No. 94-1132.  CIAFFONI *v.* COWDEN, 513 U. S. 1153;

No. 94-1136.  TONN *v.* FORSBERG ET AL., 513 U. S. 1153;

No. 94-1171.  RESHARD *v.* PENA, SECRETARY OF TRANSPORTATION (two cases), 513 U. S. 1155;

No. 94-1199.  ZISK *v.* HIGH STREET ASSOCIATES, 513 U. S. 1192;

No. 94-1231.  CATERINA *v.* BLAKELY BOROUGH ET AL., 513 U. S. 1156;

No. 94-6294.  WEEDEN *v.* RUNYON, POSTMASTER GENERAL, 513 U. S. 1157;

No. 94-6785.  KIKUMURA *v.* TURNER, WARDEN, *ante*, p. 1005;

No. 94-6831.  BECKER *v.* CITY OF KENNEWICK, 513 U. S. 1129;

No. 94-7004.  BRONFMAN *v.* CITY OF KANSAS CITY, MISSOURI, ET AL., 513 U. S. 1117;

No. 94-7089.  MCNAIR *v.* ALABAMA, 513 U. S. 1159;

No. 94-7119.  WEEKS *v.* JONES, WARDEN, 513 U. S. 1193;

No. 94-7157.  DEVIER *v.* THOMAS, WARDEN, 513 U. S. 1161;

No. 94-7178.  HARRIS *v.* WHITE, WARDEN, 513 U. S. 1162;

No. 94–7181.  SCHREYER v. TATTERSALL, INC., 513 U. S. 1162;
No. 94–7187.  CLISBY v. ALABAMA, 513 U. S. 1162;
No. 94–7188.  KENDALL v. KENDALL, 513 U. S. 1162;
No. 94–7220.  BROWN v. SIEGEL, WARDEN, 513 U. S. 1163;
No. 94–7272.  DAVIS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 513 U. S. 1165;
No. 94–7292.  CHIVARS v. BORG, WARDEN, 513 U. S. 1166;
No. 94–7326.  HILL v. UNITED STATES, 513 U. S. 1167;
No. 94–7362.  BISHOP v. STATE BAR OF GEORGIA, 513 U. S. 1168;
No. 94–7465.  KRAMER v. UNIVERSITY OF PITTSBURGH ET AL., 513 U. S. 1173;
No. 94–7478.  BUSSELL v. KENTUCKY, 513 U. S. 1174;
No. 94–7532.  BORROMEO v. JOHNSON ET AL., 513 U. S. 1176;
No. 94–7536.  CARTER v. APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT, 513 U. S. 1194;
No. 94–7543.  JACKSON v. ROCHESTER HOUSING AUTHORITY ET AL., 513 U. S. 1194;
No. 94–7568.  IN RE FLAKES, 513 U. S. 1145;
No. 94–7685.  TAI TAN DUONG v. UNITED STATES, 513 U. S. 1181; and
No. 94–7917.  IN RE BRANCH, 513 U. S. 1189.  Petitions for rehearing denied.

No. 94–6914.  FIELDS v. KANSAS, 513 U. S. 1129; and
No. 94–7351.  VIJENDIRA v. UNITED STATES, 513 U. S. 1136. Motions for leave to file petitions for rehearing denied.

APRIL 19, 1995

No. A–787.  SNELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

APRIL 24, 1995

No. 93–313.  BDO SEIDMAN ET AL. v. SIMMONS ET AL.; and
No. 93–611.  CONTINENTAL INSURANCE CO. v. SIMMONS ET AL.
C. A. 5th Cir.  Certiorari granted, judgment vacated, and cases